IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                       18-CR-217-RJA-JJM

DORIAN KELLY,

                Defendant.

## GOVERNMENT'S WITNESS LIST

THE UNITED STATES OF AMERICA, by and through its attorneys, James P. Kennedy, Jr., United States Attorney for the Western District of New York, Emmanuel O. Ulubiyo, Assistant United States Attorney, of counsel, hereby files its witness list for the evidentiary hearing on the defendant's motions to suppress statements, set for February 13, 2020.  The government reserves its right to call witnesses not listed and will promptly advise the Court of its intent to do so.

      1.      **Lieutenant Christopher Kochersberger, Buffalo Police Department**

Lt. Kocherberger will testify regarding statements made the defendant on April 24, 2018 after the execution of a search warrant at 215 Maple Street, Buffalo, NY.

      2.      **Detective Jose Lorenzo, Buffalo Police Department**

Det. Lorenzo will testify to the statements made by the defendant on April 24, 208.

Det. Lorenzo will also testify that he processed the defendant's arrest at the Buffalo Police Department Central Booking on April 24, 2018.

DATED: Buffalo, New York, February 11, 2020.

JAMES P. KENNEDY, JR.
United States Attorney

BY:  s/ EMMANUEL O. ULUBIYO
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, NY 14202
716/843-5713
Emmanuel.Ulubiyo@usdoj.gov